# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-3097 |
| ) | |
| RAMAHA DENTAL P.C.; HYDE PARK ) | Honorable Jorge L. Alonso |
| UNIVERSAL DENTAL, LLC; PULASKI ) | |
| UNIVERSAL DENTAL LLC; STONE ) | |
| PARK DENTAL, INC.; UNIVERSAL ) | |
| DENTAL LLC; UD GROUP, LLC; and ) | |
| AHMED RAMAHA, Individually, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF NATALIA R. GRIESBACH IN
SUPPORT OF ATTORNEYS' FEES AND COSTS**

I, Natalia R. Griesbach, being first duly sworn upon oath and pursuant to 28 U.S.C § 1746, depose and state as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth herein and if called upon to testify would and could do so as set forth herein.

2. I am a partner at Lowis & Gellen, LLP. Lowis & Gellen LLP ("L&G") represents Plaintiff Bank of America, N.A. ("BANA") in the above-captioned matter.

3. Between February 12, 2019 and August 7, 2019, BANA incurred legal fees in the amount of $11,050.00 representing 36.3 hours of legal services provided by L&G attorneys in enforcing BANA's loan documents in the above-captioned matter. In addition, BANA incurred $1,070.00 in costs in this matter. True and correct copies of L&G's billing statements,[1] with records created contemporaneously with the rendering of legal services, are attached hereto as

---

[1] The invoices are redacted to exclude privileged material. Line items marked "n/c" reflect items for which legal services were rendered but not charged to BANA.

1

Group Exhibit A.

4. The hourly rate charged is $350 for partners, $300 to $325 for senior associates, $225 for junior associates, and $150 for paralegals.

5. Billing code "NRG" represents time billed by me at the hourly rate of $350. I have 17 years of legal experience, including in the field of commercial and general litigation, banking and workouts. Billing code "AEP" represents time billed by L&G senior associate Allison Pietras at the hourly rate of $325. Billing code "DMW" represents time billed by L&G junior associate David M. Woolf at an hourly rate of $225. Ms. Pietras and Mr. Woolf have been practicing law for 8 and 4 years, respectively, with a majority of their practice dedicated to representing financial institutions in workouts and commercial litigation nationwide. Billing code "AB1" represents time billed by Amy Bockman at the hourly rate of $150, which represents the rate billed for paralegals.

6. The rate charged per hour and the number of hours spent are fair and reasonable and are within the normal standards of the legal community for the type of services performed.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2019        By:   s/Natalia R. Griesbach
                       Natalia R. Griesbach

# Group Exhibit A

```
                    LOWIS & GELLEN, L.L.P.
                175 W. JACKSON BLVD., SUITE 950
                        FED. I.D. ███████
                       CHICAGO, IL 60604
                         312-364-2500
```

FEBRUARY 15, 2019
INVOICE# 104770

005444 1902
ANNIE KIM
BANK OF AMERICA
135 S. LASALLE STREET
CHICAGO, IL 60603

RE: RAMAHA DENTAL PC
LMN NO.  C15702-20190211

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| LEGAL SERVICES RENDERED | | | |
| 02/12/19 | AEP REVIEW OF LOAN DOCUMENTS. | 1.20 | 390.00 |
| | AEP INVESTIGATE OBLIGORS, INCLUDING SECRETARY OF STATE (IL & WI), RECORDER OF DEEDS, WEBSITE SEARCHES, LAWSUITS. | .50 | 162.50 |
| | NRG REVIEWED DUE DILIGENCE NOTES. | .40 | 140.00 |
| 02/14/19 | NRG CORRESPONDENCE TO ANNIE KIM RE: ███████ | .30 | 105.00 |
| | NRG N/C - ANALYSIS OF LOAN DOCUMENTS. | .80 | n/c |
| | TOTAL LEGAL SERVICES RENDERED | 3.20 | $ 797.50 |
| | TOTAL NEW CHARGES | | $ 797.50 |

RECAP OF FEES BILLED

| | | | |
|---|---|---|---:|
| A. PIETRAS - SR. ASSOC. | 1.70 Hrs | 325.00/Hr | 552.50 |
| N. GRIESBACH - PARTNER | 0.70 Hrs | 350.00/Hr | 245.00 |
| N. GRIESBACH - PARTNER | 0.80 Hrs | 0.00/Hr | .00 |
| TOTAL | 3.20 Hrs | | $ 797.50 |

PLEASE REMIT CHECK TO: LOWIS & GELLEN LLP

*LOWIS & GELLEN, L.L.P.*
*175 W. JACKSON BLVD., SUITE 950*
*FED. I.D.* ▮
*CHICAGO, IL 60604*
*312-364-2500*

*MARCH 15, 2019*
*INVOICE# 105564*

*005444 1902*
*ANNIE KIM*
*BANK OF AMERICA*
*135 S. LASALLE STREET*
*CHICAGO, IL 60603*

RE: RAMAHA DENTAL PC
LMN NO.  C15702-20190211

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| | **LEGAL SERVICES RENDERED** | | |
| 02/20/19 | AEP RECEIPT AND REVIEW OF MISSING LOAN DOCUMENTS. | .50 | 162.50 |
| | AEP PREPARATION OF DEMAND LETTER FOR THREE LOAN OBLIGATIONS AND ADDITIONAL COVENANT DEFAULTS. | 1.00 | 325.00 |
| | AEP PACER SEARCH FOR ANY BANKRUPTCY FILINGS. | .10 | 32.50 |
| | NRG REVIEWED DUE DILIGENCE REPORT ON BORROWERS AND GUARANTORS. | .60 | 210.00 |
| 02/22/19 | NRG REVIEWED LOAN DOCUMENTS. | .60 | 210.00 |
| | NRG REVISED DEMAND LETTER. | .40 | 140.00 |
| | NRG CORRESPONDENCE TO ANNIE KIM RE: ▮ | .20 | 70.00 |
| 02/26/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮ | .20 | 70.00 |
| 02/27/19 | NRG FINAL REVISIONS TO DEMAND LETTER. | .20 | 70.00 |
| 03/08/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮ | .20 | 70.00 |
| 03/12/19 | DMW ILLINOIS SECRETARY OF STATE SEARCHES RE: STATUS OF RAMAHA DENTAL AND ASSOCIATED ENTITIES. | .30 | 67.50 |
| | NRG PHONE CONFERENCE WITH ANNIE KIM RE: ▮ | .30 | 105.00 |
| | NRG DRAFTED FINAL DEMAND LETTER. | .70 | 245.00 |
| | **TOTAL LEGAL SERVICES RENDERED** | 5.30 | $ 1,777.50 |
| | **TOTAL NEW CHARGES** | | $ 1,777.50 |

```
005444 1902                                    MARCH 15, 2019      PAGE   2
BANK OF AMERICA                                INVOICE# 105564
RE: RAMAHA DENTAL PC
```

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

RECAP OF FEES BILLED

| | | | |
|---|---|---|---|
| A. PIETRAS - SR. ASSOC. | 1.60 Hrs | 325.00/Hr | 520.00 |
| D. WOOLF - ASSOCIATE | 0.30 Hrs | 225.00/Hr | 67.50 |
| N. GRIESBACH - PARTNER | 3.40 Hrs | 350.00/Hr | 1,190.00 |
| TOTAL | 5.30 Hrs | $ | 1,777.50 |

PLEASE REMIT CHECK TO: LOWIS & GELLEN LLP

*LOWIS & GELLEN, L.L.P.*
*175 W. JACKSON BLVD., SUITE 950*
*FED. I.D.* ▓
*CHICAGO, IL 60604*
*312-364-2500*

*APRIL 15, 2019*
*INVOICE# 106480*

*005444 1902*
*ANNIE KIM*
*BANK OF AMERICA*
*135 S. LASALLE STREET*
*CHICAGO, IL 60603*

RE: RAMAHA DENTAL PC
LMN NO. C15702-20190211

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| \multicolumn{4}{l}{LEGAL SERVICES RENDERED} | | |
| 03/18/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▓ | .30 | 105.00 |
| 03/19/19 | NRG PHONE CONFERENCE WITH ACCOUNTANT FOR UNIVERSAL DENTAL. | .20 | 70.00 |
|  | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▓ | .30 | 105.00 |
| 03/20/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▓ | .20 | 70.00 |
|  | NRG PHONE CONFERENCE WITH BANK RELATIONSHIP MANAGER RE: ▓ | .30 | 105.00 |
| 03/21/19 | NRG REVIEWED CORRESPONDENCE FROM ANNIE KIM RE: ▓ | .20 | 70.00 |
| 03/22/19 | AEP REVIEW OF PLEADINGS IN COMMERCIAL LITIGATION MATTER. | .30 | 97.50 |
|  | NRG N/C - REVIEWED LANDLORD COMPLAINT. | .50 | n/c |
|  | NRG CORRESPONDENCE TO DR. RAMAHA RE: FINANCIALS REQUEST. | .30 | 105.00 |
|  | NRG CORRESPONDENCE TO ANNIE KIM RE: ▓ | .30 | 105.00 |
| 03/25/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▓ | .20 | 70.00 |
|  | NRG N/C - CORRESPONDENCE TO ANNIE KIM RE: ▓ | .20 | n/c |
| 03/26/19 | NRG ANALYSIS OF OPTIONS FOR COMPLAINT. | .30 | 105.00 |
| 03/27/19 | AEP PREPARATION OF COMPLAINT. | 2.50 | 812.50 |
|  | AEP PREPARATION OF CORPORATE DISCLOSURE STATEMENT. | .10 | 32.50 |
| 04/04/19 | NRG PHONE CONFERENCE WITH ANNIE KIM RE: ▓ | .30 | 105.00 |
| 04/08/19 | NRG REVIEWED CORRESPONDENCE FROM MICHAEL ROBINS RE: EXTENSION OF TIME FOR FINANCIAL DOCUMENTS. | .20 | 70.00 |
| 04/10/19 | NRG CORRESPONDENCE TO ANNIE KIM RE: ▓ | .20 | 70.00 |

```
005444 1902                                      APRIL 15, 2019        PAGE    2
BANK OF AMERICA                                  INVOICE# 106480
RE: RAMAHA DENTAL PC
```

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 04/12/19 NRG | CORRESPONDENCE TO/FROM MICHAEL ROBINS RE: EXTENSION OF TIME TO PROVIDE FINANCIAL DOCUMENTS. FROM OPPOSING COUNSEL. | .20 | 70.00 |
| 04/15/19 AEP | REVIEW OF USPS FOIA RETURN. | .10 | 32.50 |
| | TOTAL LEGAL SERVICES RENDERED | 7.20 | $ 2,200.00 |

DISBURSEMENTS

| 03/22/19 | COPY AT COURT OF COMPLAINT AND ANSWER ON FILE 2018 L 7853. | | 10.00 |
|---|---|---|---|
| | TOTAL DISBURSEMENTS | | $ 10.00 |
| | TOTAL NEW CHARGES | | $ 2,210.00 |

RECAP OF FEES BILLED

| | | | | |
|---|---|---|---|---|
| A. PIETRAS - SR. ASSOC. | 3.00 Hrs | 325.00/Hr | 975.00 |
| N. GRIESBACH - PARTNER | 3.50 Hrs | 350.00/Hr | 1,225.00 |
| N. GRIESBACH - PARTNER | 0.70 Hrs | 0.00/Hr | .00 |
| TOTAL | 7.20 Hrs | | $ 2,200.00 |

PLEASE REMIT CHECK TO: LOWIS & GELLEN LLP

*LOWIS & GELLEN, L.L.P.*
*175 W. JACKSON BLVD., SUITE 950*
*FED. I.D.* ▮▮▮▮▮▮▮▮
*CHICAGO, IL 60604*
*312-364-2500*

*MAY 15, 2019*
*INVOICE# 106924*

005444 1902
ANNIE KIM
BANK OF AMERICA
135 S. LASALLE STREET
CHICAGO, IL 60603

RE: RAMAHA DENTAL PC
LMN NO. C15702-20190211

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | LEGAL SERVICES RENDERED | | |
| 04/22/19 | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮▮▮▮ | .20 | 70.00 |
| 04/23/19 | NRG ANALYSIS OF DR. RAMAHA PFS. | .50 | 175.00 |
| | NRG SEVERAL CORRESPONDENCE TO MICHAEL ROBINS RE: MISSING FINANCIALS AND PROPOSAL FOR RESOLUTION. | .30 | 105.00 |
| | NRG N/C - CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮▮▮ | .30 | n/c |
| | NRG REVIEWED FINANCIALS PROVIDED. | .50 | 175.00 |
| | NRG SEVERAL CORRESPONDENCE TO/FROM MICHAEL ROBINS RE: FINANCIALS. | .30 | 105.00 |
| | NRG SEVERAL CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮▮▮ | .20 | 70.00 |
| 04/24/19 | NRG REVISED COMPLAINT. | 1.50 | 525.00 |
| 04/25/19 | NRG CORRESPONDENCE TO ANNIE KIM RE: ▮▮▮ | .20 | 70.00 |
| 05/08/19 | AB1 DRAFT APPEARANCE FOR NATALIA GRIESBACH. | .20 | 30.00 |
| | AB1 DRAFT CIVIL COVER SHEET. | .30 | 45.00 |
| | AB1 PREPARED COMPLAINT FOR FILING. | .50 | 75.00 |
| | AEP ANALYSIS OF OPTIONS FOR SERVICE OF PROCESS UPON EACH DEFENDANT. | .50 | 162.50 |
| | AEP REVIEW OF STANDING ORDERS FOR ASSIGNED JUDGES. | .20 | 65.00 |
| | NRG FINAL REVISIONS TO COMPLAINT. | .70 | 245.00 |
| | NRG CORRESPONDENCE TO/FROM ANNIE KIM RE: ▮▮▮ | .20 | 70.00 |
| 05/09/19 | AEP REVIEW OF ORDER DIRECTING FILING OF AMENDED COMPLAINT. | .20 | 65.00 |
| | AEP PREPARATION OF AMENDED COMPLAINT. | .10 | 32.50 |
| | AEP REVIEW OF MIDPP ORDER AND ISSUED SUMMONSES. | .10 | 32.50 |
| | NRG ANALYSIS OF ORDER DISMISSING COMPLAINT RE: MAIN OFFICE CLARIFICATION. | .50 | 175.00 |

```
005444 1902                                    MAY 15, 2019         PAGE    2
BANK OF AMERICA                                INVOICE# 106924
RE: RAMAHA DENTAL PC
```

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | NRG CORRESPONDENCE TO/FROM MICHAEL ROBINS RE: WAIVER OF SERVICE. | .30 | 105.00 |
| 05/10/19 | NRG ANALYSIS OF MAIN OFFICE JURISDICTION ISSUES. | .60 | 210.00 |
| | NRG SEVERAL CORRESPONDENCE TO/FROM BETH RUSHER RE: ▮▮▮▮▮▮▮▮▮▮ | .30 | 105.00 |
| 05/14/19 | NRG REVISED COMPLAINT RE JURISDICTION ISSUES. | .50 | 175.00 |
| 05/15/19 | AEP N/C - REVIEW OF STRATEGY FOR SERVICE. | .10 | n/c |
| | TOTAL LEGAL SERVICES RENDERED | 9.30 | $ 2,887.50 |
| | TOTAL NEW CHARGES | | $ 2,887.50 |

RECAP OF FEES BILLED

| | Hours | Rate | Amount |
|---|---|---|---|
| A. BOCKMAN - PARALEGAL | 1.00 Hrs | 150.00/Hr | 150.00 |
| A. PIETRAS - SR. ASSOC. | 1.10 Hrs | 325.00/Hr | 357.50 |
| A. PIETRAS - SR. ASSOC. | 0.10 Hrs | 0.00/Hr | .00 |
| N. GRIESBACH - PARTNER | 6.80 Hrs | 350.00/Hr | 2,380.00 |
| N. GRIESBACH - PARTNER | 0.30 Hrs | 0.00/Hr | .00 |
| TOTAL | 9.30 Hrs | | $ 2,887.50 |

PLEASE REMIT CHECK TO: LOWIS & GELLEN LLP

# Lowis & Gellen LLP

175 W Jackson Blvd, Suite 950
Chicago, IL 60604
Telephone: (312) 364-2500
Tax ID:

ANNIE KIM
BANK OF AMERICA
135 S. LASALLE STREET
CHICAGO, IL 60603

June 30, 2019
Invoice #: 1156
Matter #: 005444-1902

**Client:** BANK OF AMERICA
**Matter:** RAMAHA DENTAL PC
LMN NO. C15702-20190211
Invoices for Services through    June 15, 2019

## Invoice Summary

| | | | |
|---|---|---|---|
| Total fees incurred on this invoice | | $337.50 | |
| Total expenses incurred on this invoice | + | $1,060.00 | |
| Net current charges | | | $1,397.50 |
| **BALANCE DUE** | | $1,397.50 | |

## Invoice Detail

### PROFESSIONAL SERVICES

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/2019 | NRG | REVIEWED AFFIDAVITS OF SERVICE AND NON-SERVICE. | 0.50 | $175.00 |
| 06/05/2019 | AEP | OUTLINE NECESSARY REVISIONS NECESSARY TO FILED AFFIDAVIT OF SERVICE. | 0.20 | $65.00 |
| 06/05/2019 | NRG | N/C - ANALYSIS OF OPTIONS FOR UNSERVED SUMMONS. | 0.50 | N/C |
| 06/12/2019 | AEP | REVIEW OF COURT'S STANDING ORDER RE: INITIAL STATUS. | 0.30 | $97.50 |
| 06/12/2019 | NRG | N/C - PHONE CONFERENCE WITH ABC LEGAL RE: SUMMONS SERVICE ISSUES AND AMENDMENTS NEEDED. | 0.30 | N/C |

### Summary by Timekeeper:

| | | | |
|---|---|---|---|
| AEP | Allison E. Pietras - Senior Associate | 0.50 Hrs at $325.00/Hr | 162.50 |
| NRG | Natalia R. Griesbach - Partner | 0.80 Hrs at $0.00/Hr | 0.00 |
| NRG | Natalia R. Griesbach - Partner | 0.50 Hrs at $350.00/Hr | 175.00 |
| | **Total Professional Services:** | **1.80 Hrs** | **$337.50** |

BANK OF AMERICA  
005444 - 1156

Page 2

## DISBURSEMENTS

| Date | | Description | Amount |
|---|---|---|---:|
| 05/08/2019 | FF | CARDMEMBER SERVICE - Chk # 015588 5/8 FILING FEE FOR FILING A COMPLAINT. | 400.00 |
| 05/30/2019 | SF | ABC LEGAL SERVICES INC. SERVE PULASKI UNIVERSAL DENTAL LLC. | 60.00 |
| 05/30/2019 | SF | ABC LEGAL SERVICES INC. SERVE HYDE PARK UNIVERSAL DENTAL LLC. | 60.00 |
| 05/31/2019 | SF | ABC LEGAL SERVICES INC. 5/30 SERVE UNIVERSAL DENTAL LLC. | 60.00 |
| 05/31/2019 | SF | ABC LEGAL SERVICES INC. 5/30 SERVE STONE PARK DENTAL INC. | 60.00 |
| 06/05/2019 | SF | ABC LEGAL SERVICES INC. FILING FEES FOR SUMMONS AND COMPLAINT; ATTEMPT TO SERVE AHMED RAMAHA INDIVIDUALLY | 60.00 |
| 06/05/2019 | SF | ABC LEGAL SERVICES INC. ATTEMPT TO SERVE UD GROUP LLC. | 60.00 |
| 06/05/2019 | SF | ABC LEGAL SERVICES INC. ATTEMPT TO SERVE SERVE RAMAHA DENTAL P.C. | 60.00 |
| 06/10/2019 | SF | ABC LEGAL SERVICES INC. 6/10 SERVE UD GROUP LLC. | 60.00 |
| 06/10/2019 | SF | ABC LEGAL SERVICES INC. ATTEMPT TO SERVE AHMED RAMAHA INDIVIDUALLY. | 60.00 |
| 06/11/2019 | SF | ABC LEGAL SERVICES INC. 6/8 SERVE AHMED RAMAHA INDIVIDUALLY. | 60.00 |
| 06/11/2019 | SF | ABC LEGAL SERVICES INC. 6/10 SERVE RAMAHA DENTAL P.C. | 60.00 |
| | | **Total Disbursements:** | **$1,060.00** |

## Lowis & Gellen LLP

175 W Jackson Blvd, Suite 950
Chicago, IL 60604
Telephone: (312) 364-2500
Tax ID: ███

ANNIE KIM
BANK OF AMERICA
135 S. LASALLE STREET
CHICAGO, IL 60603

July 24, 2019
Invoice #: 2017
Matter #: 005444-1902

**Client:** BANK OF AMERICA
**Matter:** RAMAHA DENTAL PC
LMN NO. C15702-20190211
Invoices for Services through July 15, 2019

## Invoice Summary

| | | |
|---|---|---|
| Total fees incurred on this invoice | | $1,930.00 |
| Net current charges | | $1,930.00 |
| Balance Forward | + | 1,397.50 |
| **BALANCE DUE** | | **$3,327.50** |

## Invoice Detail

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/2019 | AEP | OUTLINE MANDATORY INITIAL DISCOVERY DISCLOSURES AND DEADLINES. | 0.30 | $97.50 |
| 06/19/2019 | NRG | N/C - REVIEWED ANSWER DEADLINES. | 0.20 | N/C |
| 06/20/2019 | NRG | CORRESPONDENCE TO/FROM MICHAEL ROBINS RE: COMPLAINT AND OPTIONS FOR RESOLUTION. | 0.20 | $70.00 |
| 06/20/2019 | NRG | CORRESPONDENCE TO ANNIE KIM RE: ███ | 0.20 | $70.00 |
| 07/02/2019 | AEP | N/C - FOLLOW UP RE: NO ANSWER BY FINAL ANSWER DEADLINE. | 0.10 | N/C |
| 07/02/2019 | NRG | CORRESPONDENCE TO MICHAEL ROBINS RE: MOTION FOR DEFAULT JUDGMENT. | 0.20 | $70.00 |
| 07/09/2019 | AEP | PREPARATION OF MOTION FOR ENTRY OF DEFAULT. | 0.80 | $260.00 |
| 07/10/2019 | NRG | CORRESPONDENCE TO ANNIE KIM RE: ███ | 0.20 | $70.00 |
| 07/11/2019 | AEP | PREPARATION OF MOTION FOR ENTRY OF DEFAULT WITH RELATED AFFIDAVITS. | 1.80 | $585.00 |
| 07/11/2019 | AEP | PREPARATION OF INDIVIDUAL RULE 26(F) REPORT PER JUDGE'S STANDING ORDER. | 0.80 | $260.00 |
| 07/11/2019 | NRG | REVISED MOTION FOR DEFAULT JUDGMENT. | 0.50 | $175.00 |

BANK OF AMERICA                                                                                          Page     2
005444  - 2017

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/2019 | NRG | REVISED JOINT STATUS REPORT. | 0.50 | $175.00 |
| 07/12/2019 | AEP | FINALIZE INITIAL STATUS REPORT. | 0.30 | $97.50 |

**Summary by Timekeeper:**

| TK | Name | Rate | Amount |
|---|---|---|---|
| AEP | Allison E. Pietras - Senior Associate | 0.10 Hrs at $0.00/Hr | 0.00 |
| AEP | Allison E. Pietras - Senior Associate | 4.00 Hrs at $325.00/Hr | 1,300.00 |
| NRG | Natalia R. Griesbach - Partner | 0.20 Hrs at $0.00/Hr | 0.00 |
| NRG | Natalia R. Griesbach - Partner | 1.80 Hrs at $350.00/Hr | 630.00 |
| | **Total Professional Services:** | 6.10 Hrs | $1,930.00 |

# Lowis & Gellen LLP

175 W Jackson Blvd, Suite 950
Chicago, IL 60604
Telephone: (312) 364-2500
Tax ID: ███

ANNIE KIM
BANK OF AMERICA
135 S. LASALLE STREET
CHICAGO, IL  60603

August 2, 2019
Invoice #: 2121
Matter #: 005444-1902

**Client:** BANK OF AMERICA
**Matter:** RAMAHA DENTAL PC
LMN NO. C15702-20190211
Invoices for Services through      August 8, 2019

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $1,120.00 | |
| Net current charges | | $1,120.00 |
| Balance Forward | + 1,930.00 | |
| **BALANCE DUE** | $3,050.00 | |

## Invoice Detail

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07/18/2019 | AEP | APPEARANCE AT STATUS HEARING. | 1.00 | $325.00 |
| 07/18/2019 | AEP | REVISION OF MOTION FOR DEFAULT JUDGMENT. | 0.20 | $65.00 |
| 07/18/2019 | NRG | REVIEWED ORDER RE: DEFAULT. | 0.20 | $70.00 |
| 08/02/2019 | NRG | REVISED MOTION FOR DEFAULT JUDGMENT. | 0.50 | $175.00 |
| 08/02/2019 | NRG | CORRESPONDENCE TO/FROM ANNIE KIM RE: ███ | 0.20 | $70.00 |
| 08/05/2019 | AB1 | PREPARE SUPPLEMENTAL CORPORATE DISCLOSURE. | 0.10 | $15.00 |
| 08/05/2019 | AEP | REVISION OF PLEADINGS FOR MOTION FOR DEFAULT JUDGMENT RE: UPDATED DAMAGES. | 0.50 | $162.50 |
| 08/05/2019 | AEP | PACER SEARCH FOR ANY BANKRUPTCY FILING. | 0.10 | $32.50 |
| 08/07/2019 | AEP | REVISION OF AFFIDAVIT OF FEES AND COSTS WITH REDACTION OF PRIVILEGED MATERIAL. | 0.20 | $65.00 |
| 08/07/2019 | NRG | REVISED AFFIDAVIT OF ATTORNEYS' FEES. | 0.30 | $105.00 |
| 08/07/2019 | NRG | CORRESPONDENCE TO ANNIE KIM RE: ███ | 0.10 | $35.00 |

| | | | | |
|---|---|---|---|---|
| BANK OF AMERICA | | | Page | 2 |
| 005444 - 1902 | | | Invoice | 2121 |

## Summary by Timekeeper:

| | | | |
|---|---|---|---|
| AB | Amy Bockman - Paralegal | 0.10 Hrs at $150.00/Hr | 15.00 |
| AEP | Allison E. Pietras - Senior Associate | 2.00 Hrs at $325.00/Hr | 650.00 |
| NRG | Natalia R. Griesbach - Partner | 1.30 Hrs at $350.00/Hr | 455.00 |
| | **Total Professional Services:** | 3.40 Hrs | $1,120.00 |